UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| HANI KHALIFA<br>Plaintiff, | )<br>)<br>) Docket No. 1:16-cv-97 |
| v. | )<br>) |
| ALAIN LESSARD and<br>STRATO TRANSPORT, INC.<br>Defendant. | )<br>)<br>)<br>) |

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COME Plaintiff, Hani Khalifa, and Defendants, Alain Lessard and Strato Transport, Inc., by and through their undersigned counsel, and hereby stipulate to the dismissal of this case with prejudice.

The parties agree that they shall be responsible for their own costs related to this litigation, and that neither party may seek reimbursement for those costs once the matter has been dismissed.

DATED at Burlington, Vermont this 7th day of June, 2017.

By: /s/David J. Williams
David J. Williams, Esq.
Jarvis, McArthur & Williams

By: /s/Brooks G. McArthur
Brooks G. McArthur, Esq.
Jarvis, McArthur & Williams

Attorneys for Plaintiff, Hani Khalifa

DATED at Boston, Massachusetts this 7th day of June, 2017.

By: /s/Beata Shapiro, Esq.
Beata Shapiro, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP

Attorney for Defendants, Alain Lessard and Strato Transport, Inc.

JARVIS, McARTHUR
& WILLIAMS
ATTORNEYS AT LAW
SUITE 2E – PARK PLAZA
95 ST. PAUL STREET
P. O. BOX 902
BURLINGTON, VT
05402-0902
802-658-9411